UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01647-SVW-MRW | Date | July 9, 2020 |
|---|---|---|---|
| Title | Sung Choi v. George Caldwell et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

On June 4, 2020, the Court granted plaintiff 28 days to effect service on the defendant. Failure would result in dismissal for lack of prosecution.

Plaintiff has failed to comply with the Court's order.

The case is dismissed.

: 

Initials of Preparer    PMC